# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTAN NIGRO, | Case No.: 2:25-cv-00653-APG-DJA |
| Plaintiff | **Order Dismissing Defendant Morales** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendants | |

On July 11, 2025, plaintiff Kristan Nigro was advised by the court that her claims against defendant Evelyn Garcia Morales would be dismissed without prejudice unless by August 10, 2025, Nigro either filed proper proof of service or showed good cause why such service was not timely made. Nigro has failed to do so.

I THEREFORE ORDER that plaintiff Kristan Nigro's claims against defendant Evelyn Garcia Morales are DISMISSED without prejudice. The clerk of court is instructed to terminate defendant Evelyn Garcia Morales as a defendant in this case.

DATED this 12th day of August, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE