MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
ALIX R. GOLDSTEIN, ESQ.
Nevada Bar No. 16540
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:    (702) 792-3773
Facsimile:    (702) 792-9002
Email:        ferrariom@gtlaw.com
              hendricksk@gtlaw.com
              alix.goldstein@gtlaw.com
*Counsel for Defendants CCSD,*
*Chief Henry Blackeye, and CCSD-PD*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTAN NIGRO, | CASE NO. 2:25-cv-00653-APG-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY DISCOVERY PLAN AND SCHEDULING ORDER** |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision of Clark County, State of Nevada; CHIEF MIKE BLACKEYE, in his individual and official capacity as Chief of Police; CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, a political subdivision of Clark County, State of Nevada; EVELYN GARCIA MORALES individually, and in her official Capacity as President, Board of Trustees; CLARK COUNTY SCHOOL DISTRICT, DOE OFFICERS 1-5, and ROE ENTITIES 1 through 1-5, | **[SECOND REQUEST]** |
| Defendants. | |

The Parties, Plaintiff Kristan Nigro ("Plaintiff") and Defendants Clark County School

District ("CCSD"), Chief Henry Blackeye (erroneously named Chief Mike Blackeye), and CCSD

ACTIVE 719043878v1

**GREENBERG TRAURIG, LLP**

Police Department (collectively, "Defendants"), through their undersigned counsel, hereby make their second request to modify the stipulated discovery plan and scheduling order, as follows:

## I.    STATEMENT OF DISCOVERY COMPLETED

At the Court's direction, the Parties submitted their stipulated discovery plan and scheduling order on August 29, 2025 [ECF No. 14], and the Court entered its scheduling order on September 2, 2025 [ECF No. 15]. On December 17, 2025, the Parties stipulated to, and the Court approved, a modified discovery plan and scheduling order. ECF No. 17. The Parties have completed the following discovery to date:

1.    On September 10, 2025, Defendants served their Initial Disclosures.

2.    On September 11, 2025, Plaintiff served her Initial Disclosures.

3.    On October 7, 2025, Defendants served their First Supplemental Disclosures.

4.    On November 18, 2025, Plaintiff served her First Set of Interrogatories and First Set of Requests for Production of Documents to Defendants. Defendants responded on January 15, 2026.

5.    On December 19, 2025, Defendant CCSD served its First Set of Interrogatories and First Set of Requests for Production of Documents to Plaintiff. Plaintiff responded to the Interrogatories on January 30, 2026, and the requests for production on February 9, 2026.

6.    On January 15, 2026, Defendants served their Second Supplemental Disclosure.

## II.    STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED

The following discovery remains to be completed:

1.    Complete party depositions;

2.    Disclosure of experts, expert reports; and

3.    Complete expert discovery and depositions.

## III.    REASONS WHY DISCOVERY WILL NOT BE COMPLETED BY THE CURRENT DISCOVERY CUTOFF

Under the current deadlines, discovery closes on March 3, 2026. Defendants intend to depose the Plaintiff, and Plaintiff intends to depose Chief Henry Blackeye, Sergent John Evans, Officer Justin Clark, and Officer Matthew Zierenberg. The Parties are currently contacting

GREENBERG TRAURIG, LLP

2

ACTIVE 719043878v1

witnesses and working to schedule depositions.  However, witness availability in the month of February is very limited.  The Parties would benefit from 45 extra days to schedule depositions in the month of March and April.

## IV. PROPOSED SCHEDULE

The Parties hereby stipulate and agree that the deadlines to complete discovery as set forth in the Scheduling Order [ECF 17] shall be extended by 45 days as follows:

1. **Discovery Period:**  The deadline to complete discovery shall be extended by 45 days from March 3, 2026, to Friday, April 17, 2026.

2. **Dispositive Motions:**  The deadline to file dispositive motions shall be extended by 45 days from April 3, 2026, to Monday, May 18, 2026.

3. **Pretrial Order:**  If no dispositive motions are filed, the Joint Pretrial Order shall be extended by 45 days from May 4, 2026, to Thursday, June 18, 2026.  In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or by further order of the court.

This stipulation and order is sought in good faith and not for the purposes of delay.  This is the second request for a scheduling extension.

**IT IS SO STIPULATED.**

DATED this 10th day of February 2026.

**KERR SIMPSON ATTORNEYS AT LAW**

/s/ George E. Robinson

GEORGE E. ROBINSON
Nevada Bar No. 13956
2900 W Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89074

***Counsel for Plaintiff***

DATED this 10th day of February 2026.

**GREENBERG TRAURIG, LLP**

/s/ Alix R. Goldstein

MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No 07743
ALIX R. GOLDSTEIN
Nevada Bar No. 16540
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135

***Counsel for Defendants CCSD,***
***Chief Henry Blackeye, and CCSD-PD***

ACTIVE 719043878v1

## ORDER

In consideration of the stipulation by the parties, and with good cause appearing,

1.    **Discovery Period:**  The deadline to complete discovery shall be extended by 45 days from March 3, 2026, to Thursday, April 17, 2026.

2.    **Dispositive Motions:**  The deadline to file dispositive motions shall be extended by 45 days from April 3, 2026, to Monday, May 18, 2026.

3.    **Pretrial Order:**  If no dispositive motions are filed, the Joint Pretrial Order shall be extended by 45 days from May 4, 2026, to Thursday, June 18, 2026.  In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or by further order of the court.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    2/11/2026

GREENBERG TRAURIG, LLP

4

ACTIVE 719043878v1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on **February 10, 2026**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

<u>/s/  Evelyn Escobar-Gaddi</u>
An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP

5

ACTIVE 719043878v1