GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
george@kerrsimpsonlaw.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTAN NIGRO,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of Clark County, State of Nevada,  CHIEF MIKE BLACKEYE, in his individual and official capacity as Chief of Police,    CLARK    COUNTY    SCHOOL DISTRICT    POLICE    DEPARTMENT,    a political subdivision of Clark County, State of Nevada, EVELYN GARCIA MORALES individually, and in her official Capacity as President,   Board   of   Trustees   CLARK COUNTY   SCHOOL   DISTRICT,      DOE OFFICERS 1-5,  and ROE ENTITIES 1 through 1-5,<br><br>                    Defendants. | CASE NO.   2:25-cv-653-APG-DJA<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**[THIRD REQUEST]** |

The Parties, Plaintiff Kristan Nigro ("Plaintiff") and Defendants Clark County School District ("CCSD"), Chief Henry Blackeye (erroneously named Chief Mike Blackeye), and CCSD Police Department (collectively, "Defendants"), through their undersigned counsel, hereby make their third request to modify the stipulated discovery plan and scheduling order, as follows:

1 of 4

ACTIVE 721729181v1

## I.    STATEMENT OF DISCOVERY COMPLETED

At the Court's direction, the Parties submitted their stipulated discovery plan and scheduling order on August 29, 2025 [ECF No. 14], and the Court entered its scheduling order on September 2, 2025 [ECF No. 15]. On December 18, 2025, the Parties stipulated to, and the Court approved, a modified discovery plan and scheduling order. ECF No. 17. Then on February 11, 2026, the Parties stipulated to, and the Court approved, a second modification to the discovery plan and scheduling order.  ECF No. 19.  The Parties have completed the following discovery to date:

1. On September 10, 2025, Defendants served their Initial Disclosures.

2. On September 11, 2025, Plaintiff served her Initial Disclosures.

3. On October 7, 2025, Defendants served their First Supplemental Disclosures.

4. On November 18, 2025, Plaintiff served her First Set of Interrogatories and First Set of Requests for Production of Documents to Defendants. Defendants responded on January 15, 2026.

5. On December 19, 2025, Defendant CCSD served its First Set of Interrogatories and First Set of Requests for Production of Documents to Plaintiff. Plaintiff responded to the Interrogatories on January 30, 2026, and the requests for production on February 9, 2026.

6. On January 15, 2026, Defendants served their Second Supplemental Disclosure.

7. On February 27, 2026, Plaintiff noticed the depositions of Defendant Chief Henry Blackeye and witnesses Sergent John Evans, Officer Justin Clark, and Officer Matthew Zierenberg.

8. On March 6, 2026, Defendants Deposed Plaintiff.

## II.    STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED

The following discovery remains to be completed:

1. Complete party depositions;

ACTIVE 721729181v1

KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone: (702) 451-2055 Facsimile: (702) 451-2077

III.   **REASONS WHY DISCOVERY WILL NOT BE COMPLETED BY THE CURRENT DISCOVERY CUTOFF**

Under the current deadlines, discovery closes on April 17, 2026. Plaintiff and Defendants have agreed to briefly postpone the depositions of Defendant Chief Henry Blackeye and witnesses Sergent John Evans, Officer Justin Clark, and Officer Matthew Zierenberg in order to attempt a resolution of the case without further litigation.  If there is no resolution, Plaintiff still intends to depose the Defendants.  The Parties ask for a 45-day extension to negotiate and reschedule depositions in April and May if necessary.

IV.   **PROPOSED SCHEDULE**

The Parties hereby stipulate and agree that the deadlines to complete discovery as set forth in the Scheduling Order [ECF 19] shall be extended by 45 days as follows:

1. **Discovery Period:** The deadline to complete discovery shall be extended by 45 days from April 17, 2026, to Monday, June 1, 2026.

2. **Dispositive Motions:** The deadline to file dispositive motions shall be extended by 45 days from May 18, 2026, to Thursday, July 2, 2026.

3. **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be extended by 45 days from June 18, 2026, to Monday, August 3, 2026. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or by further order of the court.

This stipulation and order is sought in good faith and not for the purposes of delay. This is the third request for a scheduling extension.

/ / /

/ / /

KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone: (702) 451-2055 Facsimile: (702) 451-2077

3 of 4

ACTIVE 721729181v1

**IT IS SO STIPULATED.**

Dated this 26th day of March 2026.                    Dated this 26th day of March, 2026.

KERR SIMPSON ATTORNEYS AT LAW          GREENBERG TRAURIG, LLP

/s/ George E. Robinson                               /s/ Alix R. Goldstein
George E. Robinson, Esq. (13956)              Kara B. Hendricks (07743)
2900 W Horizon Ridge Pkwy., Suite 200       Alix R. Goldstein (16540)_
Henderson, NV 89074                               10845 Griffith Peak Drive, Suite 600
Phone: (702) 451-2055                             Las Vegas, NV 89135
george@kerrsimpsonlaw.com                    Phone: (702) 792-3773
*Attorneys for Plaintiff*                          hendricksk@gtlaw.com
                                                         alix.goldstein@gtlaw.com
                                                         *Attorney for Defendants CCSD, CCSD-PD &*
                                                         *Blackeye*

## ORDER

In consideration of the stipulation by the parties, and with good cause appearing,

1. **Discovery Period:** The deadline to complete discovery shall be extended by 45 days from April 17, 2026, to Monday, June 1, 2026.

2. **Dispositive Motions:** The deadline to file dispositive motions shall be extended by 45 days from May 18, 2026, to Thursday, July 2, 2026.

3. **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be extended by 45 days from June 18, 2026, to Monday, August 3, 2026. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or by further order of the court.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 3/27/2026 _____

ACTIVE 721729181v1

KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone: (702) 451-2055 Facsimile: (702) 451-2077

 Outlook

## RE: CCSD adv. Nigro: CCSD's Notice to Vacate Depositions

**From** Alix.Goldstein@gtlaw.com <Alix.Goldstein@gtlaw.com>

**Date** Thu 3/26/2026 2:09 PM

**To** George Robinson <george@kerrsimpsonlaw.com>; Jennifer Hogan <jennifer@kerrsimpsonlaw.com>

**Cc** hendricksk@gtlaw.com <hendricksk@gtlaw.com>; Kerry.Kleiman@gtlaw.com <Kerry.Kleiman@gtlaw.com>; escobargaddie@gtlaw.com <escobargaddie@gtlaw.com>; Steph.Morrill@gtlaw.com <Steph.Morrill@gtlaw.com>

0 1 attachment (53 KB)

20260326 SAO 3rd Stipulation & P Order to Modify Discovery Plan(721729181.1).docx;

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Attached are our proposed edits to the stip. If this is satisfactory, please feel free to affix my signature.

**Alix Goldstein**
Associate

Greenberg Traurig, LLP

10845 Griffith Peak Drive | Suite 600 | Las Vegas, NV 89135

T +1 702.938.6879

Alix.Goldstein@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

**From:** Jennifer Hogan <jennifer@kerrsimpsonlaw.com>
**Sent:** Thursday, March 26, 2026 10:43 AM
**To:** Goldstein, Alix (Assoc-LV-LT) <Alix.Goldstein@gtlaw.com>; Morrill, Steph (Para-LV-LT) <Steph.Morrill@gtlaw.com>; George Robinson <george@kerrsimpsonlaw.com>
**Cc:** Hendricks, Kara (Shld-LV-LT) <hendricksk@gtlaw.com>; Kleiman, Kerry (OfCnl-LV-LT) <Kerry.Kleiman@gtlaw.com>; Escobar-Gaddi, Evy (LSS-LV-LT) <escobargaddie@gtlaw.com>
**Subject:** Re: CCSD adv. Nigro: CCSD's Notice to Vacate Depositions

Please see the attached Stip to Extend.

Thank you,

*Jennifer Hogan, Paralegal*
Kerr Simpson Attorneys at Law
2900 W. Horizon Ridge Pkwy, Suite 200