KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone: (702) 451-2055 Facsimile: (702) 451-2077

GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
george@kerrsimpsonlaw.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KRISTAN NIGRO,

Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT, a political subdivision of Clark County, State of Nevada, CHIEF MIKE BLACKEYE, in his individual and official capacity as Chief of Police, CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, a political subdivision of Clark County, State of Nevada, EVELYN GARCIA MORALES individually, and in her official Capacity as President, Board of Trustees CLARK COUNTY SCHOOL DISTRICT, DOE OFFICERS 1-5, and ROE ENTITIES 1 through 1-5,

Defendants.

CASE NO. 2:25-cv-653-APG-DJA

**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**FIRST REQUEST**

IT IS HEREBY STIPULATED by and between the Plaintiff KRISTAN NIGRO (hereinafter "Plaintiff"), by and through her attorney, George E. Robinson, Esq., Defendant, CLARK COUNTY SCHOOL DISTRICT, CHIEF MIKE BLACKEYE CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, and EVELYN GARCIA MORALES, (hereinafter "Defendants") by and through their attorneys Kara Hendricks, Esq. and Akke Levin, Esq. , as follows:

KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone: (702) 451-2055 Facsimile: (702) 451-2077

1. Defendants filed a Motion for Summary Judgment against the Plaintiff on July 2, 2026.

2. Plaintiff's response to Defendants' Motion for Summary Judgment is currently due on July 23, 2026.

3. Counsel for Plaintiff has requested an additional week to respond because of his trial schedule.

4. This is the first request for an extension of time to file a response to Defendants' Motion for Summary Judgment.

5. The Parties hereby stipulate to extend the deadline to respond to the Motion for Summary Judgment to July 30, 2026.

6. The Parties hereby stipulate to extend the deadline to reply to the Motion for Summary Judgment to August 13, 2026.

**IT IS SO STIPULATED.**

Dated this 23rd day of July 2026.

KERR SIMPSON ATTORNEYS AT LAW

/s/ George E. Robinson
George E. Robinson, Esq. (13956)
2900 W Horizon Ridge Pkwy., Suite 200
Henderson, NV 89074
Phone: (702) 451-2055
george@kerrsimpsonlaw.com
*Attorneys for Plaintiff*

Dated this 23rd day of July, 2026.

GREENBERG TRAURIG, LLP

/s/ Akke Levin
Kara B. Hendricks (07743)
Akke Levin, Esq. (09102)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Phone: (702) 792-3773
hendricksk@gtlaw.com
alix.goldstein@gtlaw.com
*Attorney for Defendants CCSD, CCSD-PD & Blackeye*

IT IS SO ORDERED:

Dated: July 27, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE